TENTATIVE RULING

Debtor:        PATRICIA MARIE CASEY

Number:        10-00367

Hearing:        03:00 PM  Tuesday, May 25, 2010

Motion:        DEBTOR'S MOTION FOR VALUATION OF RESIDENCE & AVOIDANCE
                OF JUNIOR TRUST DEED HELD BY  BENCHMARK MEDICAL
                CONSULTANT'S


Parties to appear to discuss creditor's lien priority.