Order Entered on
June 25, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

PATRICIA MARIE CASEY

Debtor.

BANKRUPTCY NO. 10-00367-LA-13

Date of Hearing: June 9, 2010
Time of Hearing: 10:00 a.m.
Name of Judge: Margaret M. Mann

**TAKEN UNDER SUBMISSION**

## ORDER REQUESTING ADDITIONAL BRIEFING

IT IS HEREBY ORDERED as set forth on the one continuation page attached, numbered two (2).

DATED: June 25, 2010

Judge, United States Bankruptcy Court

Confirmation of the Debtor's Chapter 13 Plan came on for hearing on June 9, 2010. At the hearing, the Chapter 13 Trustee and Creditor Christine Grandstaff requested that the case be dismissed for unreasonable delay, asserting that the lien of Grandstaff could not be permanently stripped under the Plan in light of the Debtor's previous Chapter 7 discharge. The Court took the matter under submission. The Trustee filed a brief on June 16, 2010, and the Debtor filed a reply on June 21, 2010. No briefs were filed by Grandstaff.

Prior to the confirmation hearing, Grandstaff had filed a Motion for Relief from Stay against the Debtor, which matter was under submission in Department 4. On June 24, 2010, Judge Bowie granted Grandstaff's motion for relief from stay in a Memorandum Decision entered on that date.

In light of Judge Bowie's Memorandum Decision, the Court requests that the parties submit additional briefing addressing whether the relief from stay granted affects either the Chapter 13 Plan currently before the Court, or any other aspect of this case. The Court requests that these briefs be filed by all parties on or before July 8, 2010, and that any reply briefs be filed on or before July 15, 2010.

IT IS SO ORDERED.

*Signed by Judge Margaret M. Mann June 25,2010*